IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CLIFTON A. WALLACE, # 123074**                                   **PETITIONER**

v.                                          **CIVIL ACTION NO. 1:16cv435-HSO-MTP**

**CAPTAIN JOHNSON, NURSE
PERSON, OFFICER DAVIS, and
OFFICER BENN**                                                    **RESPONDENTS**

## ORDER GRANTING VOLUNTARY DISMISSAL

BEFORE THE COURT is pro se Petitioner Clifton A. Wallace's Response [17], which the Court construes as a motion for voluntary dismissal. Petitioner is incarcerated with the Mississippi Department of Corrections, and he brings this habeas action challenging a Rule Violation Report. Petitioner now moves to voluntarily dismiss this case, pursuant to Federal Rule of Civil Procedure 41(a). The Court finds the motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that pro se Petitioner Clifton A. Wallace's Response [17], which the Court construes as a motion for voluntary dismissal, should be, and is hereby, **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE**. A separate final judgment shall issue pursuant to Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED**, this the 14th day of June, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE