IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CLIFTON A. WALLACE, # 123074**                                              **PETITIONER**

v.                                                         **CIVIL ACTION NO. 1:16cv435-HSO-MTP**

**CAPTAIN JOHNSON, NURSE
PERSON, OFFICER DAVIS, and
OFFICER BENN**                                                                **RESPONDENTS**

## FINAL JUDGMENT

This matter is before the Court on pro se Petitioner Clifton A. Wallace's Response [17], which the Court construes as a motion for voluntary dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a).

**SO ORDERED AND ADJUDGED**, this the 14th day of June, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE