## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**CLIFTON A. WALLACE, # 123074**                                   **PETITIONER**

**v.**                          **CIVIL ACTION NO. 1:16cv435-HSO-MTP**

**CAPTAIN JOHNSON, NURSE
PERSON, OFFICER DAVIS, and
OFFICER BENN**                                                   **RESPONDENTS**

## <u>CERTIFICATE OF APPEALABILITY</u>

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

A Certificate of Appealability should not issue.   The applicant has failed to make a substantial showing of the denial of a constitutional right.


Date:   June 14, 2017                          *s/ Halil Suleyman Ozerden*

                                               HALIL SULEYMAN OZERDEN
                                               UNITED STATES DISTRICT JUDGE